UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeffrey Thomas Burns**　　　　　　　　　　　　　　　　　**Docket No. 5:03-CR-2-1BO**

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeffrey Thomas Burns , who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(G)(1) & 924(A)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on August 26, 2003, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jeffrey Thomas Burns is currently at Cavalcorp (Residential Reentry Center) and is scheduled to be released from custody on November 12, 2015, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has yet to produce a valid release plan and without same he will be released as homeless. The Residential Reentry Center has agreed to allow him to remain at their facility for up to 90 days. The probation officer is recommending his conditions be modified to include that he reside at the Residential Reentry Center for up to 90 days, which should allow adequate time to secure a valid residence.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　　/s/Bentley H. Massey
　　　　　　　　　　　　　　　　　　　　　Bentley H. Massey
　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8815
　　　　　　　　　　　　　　　　　　　　　Executed On: October 15, 2015

Jeffrey Thomas Burns
Docket No.: 5:03-CR-2-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15___ day of __October__, 2015 and ordered, filed, and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge